**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**
**NEWARK DIVISION**

**IN RE:** **CASE NO.: 26-20283-SLM**
**CHAPTER 7**

**Lorraine V Prillerman,**

**Debtor.**
___________________________________/

**REQUEST FOR SERVICE**

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of Towd Point Mortgage Trust 2020-3, U.S. Bank National Association, as Indenture Trustee ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**ROBERTSON, ANSCHUTZ, SCHNEID, CRANE & PARTNERS, PLLC**
**13010 MORRIS ROAD, SUITE 450**
**ALPHARETTA, GA 30004**

Robertson, Anschutz, Schneid, Crane & Partners, PLLC
Attorney for Secured Creditor
130 Clinton Rd #202
Fairfield, NJ 07004
Telephone: 470-321-7112
Facsimile: 404-393-1425

By: /s/Nathalie Rodriguez
Nathalie Rodriguez
Email: NRodriguez@raslg.com

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 2, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

LORRAINE V PRILLERMAN
189-191 SHEPHARD AVE
NEWARK, NJ 07112

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, NJ 07102

DAVID WEISS
199 LEE AVENUE
#760
BROOKLYN, NY 11211

JOSEPH MILLER
199 LEE AVE #760
BROOKLYN, NY 11211

ABRAHAM RUTTNER
199 LEE AVE #760
BROOKLYN, NY 11211

By: /s/ Long-Giang Nguyen